IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD BLOODWORTH,**

       **Plaintiff,**

  vs.                                      Civil Action 2:10-CV-1121
                                                Judge Marbley
                                                Magistrate Judge King

**WARDEN DEBORA A. TIMMERMAN-COOPER,**
*et al.*,

       **Defendant.**


**ORDER**

On July 18, 2011, the United States Magistrate Judge recommended that plaintiff's motions for interim injunctive relief, Doc. Nos. 2, 13, be denied. *Report and Recommendation*, Doc. No. 59. Although the parties were advised of their right to object and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation,* Doc. No. 59, is **ADOPTED and AFFIRMED**. Plaintiff's motions for interim injunctive relief, Doc. Nos. 2, 13, are **DENIED.**

                                                  s/Algenon L. Marbley
                                                    Algenon L. Marbley
                                             United States District Judge