**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RONALD BLOODWORTH,**

      **Plaintiff,**

  **vs.**                                          **Civil Action 2:10-CV-1121
Judge Marbley
Magistrate Judge King**

**WARDEN DEBORA A. TIMMERMAN-COOPER,**
*et al.*,

      **Defendant.**

## ORDER

On January 19, 2012, the United states Magistrate Judge recommended that defendants' motion to dismiss, Doc. No. 58, be granted in part and denied in part. *Order and Report and Recommendation*, Doc. No. 72. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 72, is **ADOPTED and AFFIRMED**. Defendants' motion to dismiss, Doc. No. 58, is **GRANTED IN PART and DENIED IN PART**. In particular, plaintiff's claims against defendant Debora Timmerman-Cooper are **DISMISSED**; plaintiff's remaining equal protection claims (Counts V, VII, VIII, X and XIV) are **DISMISSED**; and the retaliation claim in Count XVI and plaintiff's request for injunctive relief demanding his return to the London Correctional Institution are **DISMISSED**. In all other respects, defendants' motion to dismiss is **DENIED**.

                                                                         s/Algenon L. Marbley
                                                                          Algenon L. Marbley
                                                              United States District Judge