```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**RONALD BLOODWORTH,**

        **Plaintiff,**

    **vs.**                                         **Civil Action 2:10-CV-1121**
                                                                **Judge Marbley**
                                                                **Magistrate Judge King**

**WARDEN DEBORA A. TIMMERMAN-COOPER,**
*et al.*,

        **Defendant.**

## ORDER

    Plaintiff has filed a motion for a temporary restraining order, Doc. No. 125.  Defendants are **DIRECTED** to file a response, if any, within fourteen (14) days.  Plaintiff may then have fourteen (14) days to file a reply.

March 11, 2013                                                    s/Norah McCann King
                                                                           Norah M$^c$Cann King
                                                                   United States Magistrate Judge